# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131686 & (41)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DAVID JAMES MATHIS,
       Defendant-Appellant.

SC: 131686
COA: 266593
Oakland CC: 2003-190054-FC

_____/

      By order of December 15, 2006, we remanded this case to the Court of Appeals for reconsideration of its June 7, 2006 order denying leave to appeal under MCR 6.508(D). On order of the Court, the Court of Appeals having vacated its prior order and having issued on December 21, 2006 an order denying leave to appeal for lack of merit, defendant's application in this Court is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

d0220

            Clerk